# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS

**MARK HOFFMAN, individually and on behalf of all others similarly situated,**

*Plaintiff*

v.

**BCI ACRYLIC, LLC D/B/A BATH PLANET and NORTHWEST BATH SPECIALISTS, LLC D/B/A BATH PLANET OF SEATTLE**

*Defendant*

Civil Action No. 1:25-cv-06107

## AFFIDAVIT OF SERVICE

I, Eric Walker, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Northwest Bath Specialists, LLC d/b/a Bath Planet of Seattle in Spokane County, WA on June 11, 2025 at 12:32 pm at 17702 Sprague Ave Bldg 1 Ste, B, Spokane Valley, WA 99016 by leaving the following documents with Ms. Swavely who as Authorized to Accept is authorized by appointment or by law to receive service of process for Northwest Bath Specialists, LLC d/b/a Bath Planet of Seattle.

Summons In A Civil Action, Civil Cover Sheet, Class Action Jury Trial Demanded

White Female, est. age 55-64, glasses: N, Blonde hair, 120 lbs to 140 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=47.6567466667,-117.1670383333
Photograph: See Exhibit 1

Total Cost: $127.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid

that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Spokane County   ,

  WA   on   6/12/2025  .

/s/ *Eric Walker*

Signature
Eric Walker
+1 (509) 710-7727



Exhibit 1a)