# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| **MARK HOFFMAN, individually and on behalf of all others similarly situated** ) ) *Plaintiff* ) ) ) v. ) ) ) **BCI ACRYLIC, LLC D/B/A BATH PLANET and NORTHWEST BATH SPECIALISTS, LLC D/B/A BATH PLANET OF SEATTLE** ) ) ) ) *Defendant* | Civil Action No. 1:25-cv-06107 |

## AFFIDAVIT OF SERVICE

I, Noe Ramirez, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to BCI Acrylic, LLC d/b/a Bath Planet in Lake County, IL on June 20, 2025 at 11:32 am at 1800 Industrial Dr, Libertyville, IL 60048 by leaving the following documents with Dan Joyce who as RA is authorized by appointment or by law to receive service of process for BCI Acrylic, LLC d/b/a Bath Planet.

Summons In A Civil Action, Civil Cover Sheet, Class Action Jury Trial Demanded

White Male, est. age 65+, glasses: N, Gray hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=42.3067489,-88.006889
Photograph: See Exhibit 1


Total Cost: $95.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Cook County, IL on 6/23/2025.

/s/ *Noe Ramirez*
Signature
Noe Ramirez
+1 (708) 646-1070
Proof Illinois LLC
No. 117.001863

Exhibit 1a)

