IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK HOFFMAN, individually and on behalf of all others similarly situated,<br>*Plaintiff*,<br>*v.*<br>BCI ACRYLIC, LLC<br>D/B/A BATH PLANET<br>and<br>NORTHWEST BATH SPECIALISTS, LLC<br>D/B/A BATH PLANET OF SEATTLE<br>*Defendants*. | Case No. 1.25-cv-06107<br><br>Judge: Lindsay C. Jenkins |

## NORTHWEST BATH SPECIALISTS, LLC
## LOCAL RULE 3.2. NOTIFICATION OF AFFILIATES

Pursuant to Local Rule 3.2, Defendant, Northwest Bath Specialists, LLC ("Northwest Bath"), by and through its undersigned attorneys, and after diligent review, hereby submits the following disclosure and notification:

Charles Hartshorn, an individual and citizen of the state of Washington, is Northwest Bath's sole owner and manager.

Dated: July 2, 2025

Respectfully submitted,

**NORTHWEST BATH SPECIALISTS, LLC**, a Washington limited liability company, d/b/a Bath Planet of Seattle, *Defendant*

By: */s/ Christopher R. Sullivan*

ACTIVE\4918-2930-7474.v1-7/2/25

Christopher R. Sullivan (ARDC No. 6314101)
**BURKE, WARREN, MACKAY & SERRITELLA, P.C.**
330 N. Wabash Ave., Suite 2100
Chicago, IL 60611
(312) 840-7000
ngowen@burkelaw.com
csullivan@burkelaw.com

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 2, 2025, I electronically filed the foregoing document with the Clerk of the Court, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record. Under penalties as provided by law, I certify that the statements set forth herein are true and correct.

                                                  */s/ Christopher R. Sullivan*

ACTIVE\4918-2930-7474.v1-7/2/25