## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Mark Hoffman

                      Plaintiff,

v.                                           Case No.: 1:25−cv−06107
                                                                        Honorable Lindsay C. Jenkins

BCI Acrylic, LLC d/b/a Bath Planet, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 3, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The unopposed motion for an extension of time [10] is granted. Defendant's responsive pleading is now due by August 1, 2025. The July 23, 2025 initial status hearing is stricken and reset to August 12, 2025 at 9:00 a.m. and the parties' initial status report is now due by August 5, 2025. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.