IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Mark Hoffman, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> ) <br> BCI Acrylic, LLC, D/B/A Bath Planet, ) <br> and Northwest Bath Specialists, LLC, D/B/A/ ) <br> Bath Planet of Seattle ) <br> ) <br> *Defendants*. ) | Case No. 25 CV 06107 <br><br> Honorable Lindsay C. Jenkins |

## DISCLOSURE OF AFFILIATES STATEMENT

Pursuant to Rule 3.2 of the Local Rules for the Northern District of Illinois, Defendant BCI Acrylic, LLC hereby states that, as set forth on the Illinois Secretary of State's Department of Business Services Database, BCI Acrylic, LLC, is now known as Bath Concepts Industries, LLC. The affiliates of Bath Concepts Industries, LLC (formerly known as BCI Acrylic, LLC) are Rosenbach Holdings, Inc., and Scott Rosenbach.

Respectfully submitted,

**MICHAEL BEST & FRIEDRICH LLP**

Dated: July 24, 2025

/s/ *Ashni B. Gandhi*
Ashni B. Gandhi (Bar No. 6345774)
MICHAEL BEST & FRIEDRICH LLP
444 West Lake Street, Suite 3200
Chicago, Illinois 60606
Telephone: 312.222.0800
Fax: 312.222.0818
ashni.gandhi@michaelbest.com

*Attorneys for Defendant BCI Acrylic, LLC*

1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on July 24, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which caused it to be served this day on all counsel of record who are registered to receive notices of electronic filing generated by the CM/ECF system.

By: */s/ Ashni B. Gandhi*
Ashni B. Gandhi

*Attorney for Defendant BCI Acrylic, LLC*