IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Mark Hoffman, | ) |
|        *Plaintiff*, | ) |
| v. | ) Case No. 25 CV 06107 |
| | ) Honorable Lindsay C. Jenkins |
| BCI Acrylic, LLC, D/B/A Bath Planet, and Northwest Bath Specialists, LLC, D/B/A/ Bath Planet of Seattle | ) |
|        *Defendants*. | ) |

**DEFENDANT BCI ACRYLIC'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT**

Defendant BCI Acrylic, LLC d/b/a Bath Planet ("BCI Acrylic")[1], by and through its undersigned counsel, respectfully submits this unopposed motion for an extension, up to and including August 1, 2025, in which to answer or otherwise plead in response to Plaintiff's Complaint. In support of its motion, BCI Acrylic states the following:

1. Plaintiff filed his complaint on June 1, 2025, alleging violations of the Telephone Consumer Protection Act. (Dkt. 1.)

2. Defendant BCI Acrylic recently retained undersigned counsel to defend it in the above-captioned case.

3. According to the case docket, Defendant BCI's responsive pleading was due on July 11, 2025. (Dkt. 7.)

4. To properly assess Plaintiff's Complaint and prepare an answer or other responsive pleading on behalf of BCI Acrylic, the undersigned attorney respectfully requests an extension of time, to August 1, 2025, to file an answer or otherwise plead in response to the Complaint.

---

[1] As set forth in Defendant's Disclosure of Affiliates Statement, Defendant BCI Acrylic, LLC hereby states that, as set forth on the Illinois Secretary of State's Department of Business Services Database, BCI Acrylic, LLC, is now known as Bath Concepts Industries, LLC.

5. On July 22, 2025, counsel for BCI Acrylic contacted counsel for Plaintiff who stated that Plaintiff does not object to the relief requested in this motion.

6. On July 23, 2025, counsel for BCI Acrylic sent counsel for Plaintiff a copy of this motion, who confirmed he does not oppose the motion and agrees to an August 1, 2025 deadline for BCI Acrylic to answer or otherwise plead in response to Plaintiff's Complaint.

7. The instant request is sought in the interests of justice and not for purposes of delay.

WHEREFORE, BCI Acrylic respectfully requests that the Court grant this motion extending BCI Acrylic's deadline to answer or otherwise plead in response to Plaintiff's Complaint to August 1, 2025.

Respectfully submitted,

**MICHAEL BEST & FRIEDRICH LLP**

Dated: July 24, 2025

/s/ *Ashni B. Gandhi*
Ashni B. Gandhi (Bar No. 6345774)
MICHAEL BEST & FRIEDRICH LLP
444 West Lake Street, Suite 3200
Chicago, Illinois 60606
Telephone: 312.222.0800
Fax: 312.222.0818
Ashni.gandhi@michaelbest.com

*Counsel for Defendant BCI Acrylic, LLC*

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that a copy of the foregoing **Defendant BCI Acrylic LLC's Unopposed Motion for Extension of Time to Answer Plaintiff's Complaint** was served upon the following counsel of record via the Court's CM/ECF systems on the 24th day of July 2025:

      /s/ *Ashni B. Gandhi*
      Ashni B. Gandhi

3