# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Mark Hoffman, individually and on behalf of all others similarly situated, v. BCI Acrylic, LLC d/b/a Bath Planet, et al.

Case Number: 25-CV-06107

An appearance is hereby filed by the undersigned as attorney for:
Northwest Bath Specialists, LLC d/b/a Bath Planet of Seattle

Attorney name (type or print): Alexandra L. Rogers

Firm: Burke, Warren, MacKay & Serritella, P.C.

Street address: 330 N. Wabash Avenue, Suite 2100

City/State/Zip: Chicago, Illinois 60611

Bar ID Number: (See item 3 in instructions) 6339597

Telephone Number: (312) 840-7000

Email Address: arogers@burkelaw.com

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes ☑ No |
| Are you a member of the court's general bar? | ☑ Yes ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes ☑ No |
| Are you appearing *pro hac vice*? | ☐ Yes ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes ☑ No |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 29, 2025

Attorney signature: S/ Alexandra L. Rogers
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023