**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **MARK HOFFMAN,** individually and on behalf of all others similarly situated, | |
| *Plaintiff,* | |
| *v.* | Case No. 25-cv-6107 |
| **BCI ACRYLIC, LLC D/B/A BATH PLANET** | Judge Lindsay C. Jenkins |
| **and** | |
| **NORTHWEST BATH SPECIALISTS, LLC D/B/A BATH PLANET OF SEATTLE** | |
| *Defendants.* | |

**NORTHWEST BATH SPECIALISTS, LLC's
MOTION FOR ENTRY OF PROPOSED BRIEFING SCHEDULE
FOR MOTION TO DISMISS, OR ALTERNATIVELY TO TRANSFER VENUE**

Defendant, Northwest Bath Specialists, LLC d/b/a Bath Planet of Seattle ("NW Bath"), submits this Motion Requesting the Court Enter the Proposed Briefing Schedule to NW Bath's Opposed Motion to Dismiss, or alternatively, Motion to Transfer Venue. NW Bath states the following in support:

1.  On August 1, 2025, NW Bath's counsel conferred with Plaintiff's counsel to prepare a briefing schedule for NW's Bath's Opposed Motion to Dismiss, or alternatively, Motion to Transfer Venue.

2.  Plaintiff's counsel requested twenty-one (21) days to file his Response, which is August 21, 2025.

3.  NW Bath's counsel requested ten (10) days to file its Reply, which is September 2, 2025.

1

4.    This proposed briefing schedule comports with the Court's standing order concerning briefing schedules for motions to dismiss.

Defendant, Northwest Bath Specialists, LLC d/b/a Bath Planet of Seattle, respectfully requests this Court enter the unopposed proposed briefing schedule, and grant any further relief as the Court deems just.

DATED: August 1, 2025

Respectfully submitted,
**NORTHWEST BATH SPECIALISTS, LLC D/B/A BATH PLANET OF SEATTLE**
*Defendant*

By: /s/  *Nicholas A. Gowen*
         One of Its Attorneys

Nicholas A. Gowen (ARDC No. 6280123)
Christopher Sullivan (ARDC No. 6314101)
Alexandra L. Rogers (ARDC No. 6339597)
**BURKE, WARREN, MACKAY & SERRITELLA, P.C.**
330 N. Wabash Avenue, Suite 2100
Chicago, IL  60611-3607
Telephone:  (312) 840-7000 / Facsimile:  (312) 840-7900
ngowen@burkelaw.com
csullivan@burkelaw.com
arogers@burkelaw.com