**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Mark Hoffman
                      Plaintiff,

v.                                                   Case No.: 1:25−cv−06107
                                                             Honorable Lindsay C. Jenkins

BCI Acrylic, LLC d/b/a Bath Planet, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 4, 2025:

    MINUTE entry before the Honorable Lindsay C. Jenkins: The motion to set a briefing schedule [20] is granted. Any response to the motion to dismiss or alternatively to transfer is due by August 21, 2025; Defendant NW Bath's reply is due by September 2, 2025. Considering the nature of the motion, which challenges whether this court has personal jurisdiction over NW Bath, the August 12, 2025 initial status hearing is stricken and no joint status report need be filed by August 5, 2025. The court will advise about next steps after ruling on the motion. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.