# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Mark Hoffman

                                        Plaintiff,

v.                                                                             Case No.: 1:25−cv−06107

                                                                                                      Honorable Lindsay C. Jenkins

BCI Acrylic, LLC d/b/a Bath Planet, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 10, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Defendant Northwest Bath Specialists' motion to dismiss or alternatively to transfer [19] is granted. See the attached order for further details. The court lacks personal jurisdiction over Defendant Bath Planet Seattle and pursuant to 28 U.S.C. § 1631, directs the clerk to transfer this entire action to the United States District Court for the Western District of Washington, forthwith. Civil case transferred. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.