

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
Clerk

Date: 10/15/2025

Re: Hoffman v. BCI Acrylic

USDC Case Number: 25cv6107

Dear Clerk:

Pursuant to the order entered by Honorable Jenkins on 10/10 the above record was

[x] electronically transmitted to Western District of Washington

[ ] paper documents were sent via certified mail to

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely,
Thomas G. Bruton, Clerk

By: /s/ David Jozwiak
Deputy Clerk

New Case No. _____  Date _____

cc: Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016